*Mr. Henry S. Dottenheim* for petitioner. *Mr. George A. Critchlow* for respondents.

No. 1034. KRAMER ET AL. *v.* UNITED STATES. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John A. Chamberlain* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1035. BARTHEL *v.* STAMM, EXECUTRIX. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Grover Middlebrooks* for petitioner.

No. 1036. OHIO EX REL. FOSTER *v.* EVATT, TAX COMMISSIONER. April 23, 1945. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Matthew L. Bigger* for petitioner. *Hugh S. Jenkins,* Attorney General, and *Aubrey A. Wendt,* Assistant Attorney General, for respondent.

No. 1040. EX PARTE GEORGE S. HAWKE. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George S. Hawke, pro se.*

No. 1044. BROOKS *v.* UNITED STATES. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Ap-